IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:98-CR-120-1H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANTHONY LEON BROWN, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on defendant's motion for early termination of supervised release [DE #91]. After careful consideration, the court finds insufficient grounds for termination of his supervised release term at this time.

Therefore, defendant's motion [DE #91] is DENIED.

This 2nd day of June 2015.

MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
#26